# EXHIBIT A
# Superior Court Complaint

IN THE SUPERIOR COURT OF WHITFIELD COUNTY
STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
26CI01369
SCOTT MINTER
SEP 11, 2026 10:31 AM

Babs Bailey
Babs Bailey, Clerk
Whitfield County, Georgia

CIVIL ACTION NUMBER 26CI01369

Bass, Janice

**PLAINTIFF**

**VS.**

World Way, Inc.

**DEFENDANT**

**SUMMONS**

TO: WORLD WAY, INC.

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Stephen B. Farrow**
**Warren & Griffin, PC**
**300 West Emery Street**
**Suite 108**
**Dalton, Georgia 30720**
**stephen.farrow@warrenandgriffin.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 11th day of September, 2026.**

Clerk of Superior Court

Babs Bailey
Babs Bailey, Clerk
Whitfield County, Georgia

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
26CI01369
SCOTT MINTER
SEP 11, 2026 10:31 AM
Babs Bailey
Babs Bailey, Clerk
Whitfield County, Georgia

**IN THE SUPERIOR COURT FOR THE COUNTY OF WHITFIELD**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **JANICE BASS** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION FILE** |
| | * | **NO.: ____________________** |
| **Vs.** | * | |
| | * | |
| **WORLD WAY, INC.** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **JOHN DOE** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

## COMPLAINT

COMES NOW JANICE BASS ("Plaintiff") and hereby files her Complaint against WORLD WAY, INC. AND JOHN DOE ("Defendants" or "World Way" or "John Doe"), and shows the Court as follows:

1.

Plaintiff is a resident of Catoosa County, Georgia.

2.

Defendant is a foreign corporation. Its Registered Agent is Ivan Evev, 1021 N. Wood Dale Road, Wood Dale, Illinois 60191 He can be served with a copy of the complaint and process at that address.

3.

The facts giving rise to this Complaint occurred on the premises of a third party, Atlantic Corporation of Wilmington, located at 2204 Industrial South Road, Dalton, Whitfield County, Georgia. Therefore, this Court has both subject matter and personal jurisdiction as to these defendants.

4.

On October 1, 2024, Plaintiff Janice Bass was an employee of Atlantic Corporation of Wilmington and was working at its facility on 2204 Industrial South Road, Dalton, Whitfield County, Georgia.

5.

Onn that date, at approximately 3:30 p.m., John Doe, an employee (full name unknown) of World Way, Inc. drove a tractor trailer truck on to the premises and backed it up to a loading dock to deliver goods to the warehouse of Atlantic Corporation of Wilmington.

6.

At that time, employees of Atlantic Corporation lowered the connecting plate on to the back of the tractor of the truck, thereby connecting it to the loading dock. It made a very loud noise when dropped on to the trailer which would have been clearly audible to the driver of the truck.

7.

A co-worker of Plaintiff Bass walked on to the dock plate to open rear door of the tractor, and walked into the trailer to examine the goods to be delivered. When Plaintiff Bass followed her co-worker, the driver of the truck suddenly pulled away without any warning or notice, collapsing the dock plate, and causing Plaintiff Bass to fall approximately four feet, shattering her foot when she hit the concrete.

8.

As a result of her fall of several feet on to the pavement, Plaintiff Bass had to be rushed to the hospital where she subsequently had surgery to repair her foot.

9.

Defendant John Doe was negligent in that he breached the standard of care by driving off in his truck without prior notice, and without receiving clearance from an employee of Atlantic that all Atlantic employees were safely off of the trailer and metal dock plate. As a proximate cause of this breach of duty of care, Plaintiff sustained severe physical injuries.

10.

Due to the negligence of Defendant John Doe, Plaintiff Bass received extensive medical treatment. As a result of her medical treatment, she incurred medical charges, lost wages, pain and suffering, and loss of enjoyment of life.

10.

Defendant John Doe was an employee and agent of Defendant World Way, Inc. at the time of the incident, and any negligence by Defendant John Doe is attributable to Defendant World Way, Inc. through the legal doctrine of *respondeat superior.*

11.

A list of medical expenses incurred and wages lost by Plaintiff Bass will be supplemented at a later date.

WHEREFORE Plaintiff prays as follows;

(a) That Summon and process issue and be served in the time and manner prescribed by Georgia law;

(b) A jury of twelve be empaneled to hear this case;

(c) That Plaintiff Janice Bass be awarded damages for medical care, past, present and future, and lost wages in an amount to be determined by trial;

(d) That Plaintiff Janice Bass be awarded damages for pain and suffering, past, present and future; and any and all other general and equitable relief the Court may deem just and proper.

Respectfully submitted, this 11th day of September, 2026.

WARREN AND GRIFFIN, P.C.

Stephen B. Farrow
Georgia Bar No. 256025
Attorneys for Plaintiff
300 W. Emery Street, Suite 108
Dalton, GA 30720
706-529-4878

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
26CI01369
SCOTT MINTER
SEP 11, 2026 11:48 AM
Babs Bailey
Babs Bailey, Clerk
Whitfield County, Georgia

**IN THE SUPERIOR COURT FOR THE COUNTY OF WHITFIELD**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **JANICE BASS** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION FILE** |
| | * | **NO.: ____________________** |
| **Vs.** | * | |
| | * | |
| **WORLD WAY, INC.** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **JOHN DOE** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**<u>FIRST SET OF INTERROGATORIES TO DEFENDANT</u>**

The Plaintiff, pursuant to the *Official Code of Georgia,* hereby submits his First Set of Interrogatories to the Defendant World Way, Inc., and requests that the Defendant respond to these Interrogatories in the time and manner prescribed by Georgia law.

1.

Please state the name, address, and job title of the person(s) answering these interrogatories on behalf of the Defendant. State the relationship each person has to the Defendant.

**<u>ANSWER</u>**

2.

State the name and address of the person who was driving one of Defendant's trucks to deliver product to the premises of Atlantic Corporation of Wilmington at the time of the accident as stated in the Complaint.

**ANSWER:**

3.

State what procedures your company followed in instructing drivers as to the safe delivery of product to another location.

**ANSWER:**

4.

If a report was made by any employee of the Defendant with respect to Plaintiff's accident, state the name and address of the person(s) who made such a report, the date thereof, and in whose custody said report is.

**ANSWER:**

5.

Please identify all individuals who may have knowledge relevant to the subject matter of this cause of action and include their name, address, telephone number, and date of birth.

**ANSWER:**

6.

Describe in your own words how the incident which is the basis of this lawsuit occurred. State specifically and with detail what the claim of the Defendant will be regarding any cause or contributing cause of the accident, including a statement in detail of the facts or information upon which this contention is based.

**ANSWER:**

7.

Describe in detail any conversations any representative of Defendant has had with the Plaintiff Janice Bass or any of her fellow employees at Atlantic Corporation of Wilmington following the incident in question.

**ANSWER:**

8.

Please state whether or not Defendant has obtained from the Defendant John Doe any statement whether oral, written, or recorded and state the date of obtaining any such statement from the Defendant John Doe. Also, the Plaintiff requests that you attach any such statement to these interrogatories.

**ANSWER:**

9.

Please state whether any surveillance, photographs or video tape recordings have been made of the Plaintiff Janice Bass's activities since the date of her fall on Atlantic Corporation's premises. If so, please list the person or persons along with their address, telephone number and employer that performed the surveillance.

**ANSWER:**

10.

If said photographs or video tape recordings referred to in Interrogatory 9 exist, please state the person or persons who conducted said surveillance and who made said photographs or video tape recordings together with their address, telephone number and the name of their employer. Also, please state the name, address and telephone number of the person(s) who has possession of said photographs and/or video tape recordings referred to in those interrogatories.

**ANSWER:**

11.

Identify all persons whom Defendant intends to call as expert witnesses at trial, and for each such expert specify:

(a) The subject matter on which he is expected to testify.

(b) The substance of the facts and opinions to which he is expected to testify.

(c) A summary of the grounds for each opinion to which he will testify.

**ANSWER:**

12.

Identify all other experts consulted or engaged by Defendant, its attorney, or its agents.

**ANSWER:**

Respectfully submitted, this 11th day of September, 2026.

WARREN AND GRIFFIN, P.C.

_______________________________

Stephen B. Farrow
Georgia Bar No. 256025
Attorneys for Plaintiff
300 West Emery Street, Suite 108
Dalton, Georgia 30720
706-529-4878

STATE OF _______________:
COUNTY OF _________________:

____________________________, being duly sworn according to law, makes oath that the statements contained in the foregoing interrogatories are true to the best of my knowledge, information and belief.

By:

______________________________________________

Title:
World Way, Inc.

Sworn to and subscribed before me this
_____ day of ______________________, 2023.

______________________________________________
NOTARY PUBLIC
My Commission Expires: ____________________

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WHITFIELD COUNTY, GEORGIA
26CI01369
SCOTT MINTER
SEP 11, 2026 11:50 AM
Babs Bailey
Babs Bailey, Clerk
Whitfield County, Georgia

**IN THE SUPERIOR COURT FOR THE COUNTY OF WHITFIELD**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **JANICE BASS** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION FILE** |
| | * | **NO.: ___________________** |
| **Vs.** | * | |
| | * | |
| **WORLD WAY, INC.** | * | |
| | * | |
| **AND** | * | |
| | * | |
| **JOHN DOE** | * | |
| | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

The Plaintiff, pursuant to the *Official Code of Georgia,* hereby submit their Request for Production of Documents to the Defendant World Way, Inc. and requests that the it produce and permit Plaintiff's counsel to inspect and copy the following documents within forty-five (45) days from the date of service of this request at the law offices of Warren & Griffin, P.C., 300 West Emery Street, Suite 108, Dalton, Georgia 30720 or in lieu thereof, serve exact copies of the same on counsel for Plaintiff.

**REQUEST FOR PRODUCTION**

1.

A copy of all internal rules, policies and procedures of World Way, Inc. addressing the safe delivery of product.

2.

A copy of any internal incident report which was made by any employee of the Defendant with respect to Plaintiff's accident described in the Complaint.

3.

All documents (including any writing, photograph, reproduction, or microfilm of any writing) including memoranda, notes, reports, correspondence, x-rays, scans, and statements relating to the examination or treatment of the plaintiff Janice Bass by any physician, chiropractor, or other medical practitioner for any illness, injury, condition or complaint which the defendant contends may be relevant to the plaintiff's claim for personal injuries.

**RESPONSE:**

4.

All documents containing the opinions of any physicians, doctors, chiropractors, or other medical practitioner as to any illness, injury, condition or complaint which the defendant contends may be relevant to the plaintiff Janice Bass's claim for personal injuries.

**RESPONSE:**

5.

A copy of any lawsuits, Complaints and Amendments to Complaints filed by plaintiff, or someone on behalf of plaintiff, which defendant contends may be relevant to plaintiffs' claim for personal injuries.

**RESPONSE:**

6.

All photographs, videotapes, drawings, sketches, diagrams, or charts of the scene of the incident alleged in the Complaint filed in this case, since the date of the incident, and/or any damage(s) arising from the incident, which you intend to use at the trial of this case either as direct evidence, circumstantial evidence, or to impeach any witness.

**RESPONSE:**

7.

All oral statements that have been reduced to a written form of any type, written statements, recordings (whether transcribed or recorded via an audio or video reproduction device of any type), transcripts of any oral statements, or other statements made by the plaintiff concerning any aspect of this case.

**RESPONSE:**

8.

All written statements, notes or memos of oral statements, recordings (whether transcribed or recorded via an audio or video reproduction device of any type), transcripts of any oral statements, or other statements made by the defendant, or any other witness (es), concerning any aspect of this case.

**RESPONSE:**

9.

If Defendant intends to call an expert witness (witnesses) to testify in this case, please produce a current and complete resume or curriculum vitae for each witness.

**RESPONSE:**

10.

Copies of any surveillance, photographs or video tape recordings which have been made of the Plaintiff Janice Bass's activities since the date of her fall on Atlantic Corporation's premises.

**RESPONSE:**

9.

Copies of any surveillance or video tape recordings which were made of activities at the premises at the time and date of the incident, including but not limited to the fall itself.

**RESPONSE:**

Respectfully submitted, this 11th day of September, 2026.

WARREN AND GRIFFIN, P.C.

Stephen B. Farrow
Georgia Bar No. 256025
Attorneys for Plaintiff
300 West Emery Street, Suite 108
Dalton, Georgia 30720
706-529-4878